as a disbursement. It is further ordered that R. H. Thurston, Esq., of Elmira, be and hereby is appointed referee for the purposes of said order.

In the Matter of the Probate of the Last Will and Testament of John J. O'Neil, Deceased. Gertrude O'Neil Breese and Mary O'Neil, Appellants; William F. Cody, Respondent.— Decree unanimously affirmed, with costs.

Francis Millerick, an Infant, by Johanna Millerick, His Guardian ad Litem, Appellant, v. Albert J. Wing and Eugene R. Hartt, Respondents.— Judgment affirmed, with costs, on opinion on former appeal (133 App. Div. 453). All concurred, except Betts, J., dissenting.

Mary McClune, Appellant, v. The City of Albany, Respondent.— Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint upon payment of costs of the demurrer and of this appeal, upon the authority of *Vaughan* v. *City of Troy* (139 App. Div. 924). All concurred.

In the Matter of Supplementary Proceedings. Clifford W. Higley and Another, Judgment Creditors, v. William Novark and Another, Judgment Debtors.— Application for stay granted.

The People of the State of New York, Appellant, v. The Santa Clara Lumber Company, Respondent. (Action No. 1.) — Motion granted, without costs.

The People of the State of New York, Appellant, v. The Santa Clara Lumber Company, Respondent. (Action No. 2.) — Motion granted, without costs.

The People of the State of New York ex rel. Troy Gas Company v. Benjamin E. Hall and Others.— Motion granted.

The People of the State of New York ex rel. Troy Gas Company v. Benjamin E. Hall and Others, State Board of Tax Commissioners and The City of Troy. — Decision heretofore made amended so as to provide that the costs therein granted shall be granted to the city of Troy; otherwise motion denied. (See *ante*, p. 756.)

The People of the State of New York ex rel. Cohoes Railway Company, Relator, Appellant, v. The Public Service Commission of the State of New York, Second District, Defendant Respondent.— Motion for stay granted until the hearing and determination in the Court of Appeals, with leave to defendant to move to vacate the stay if the appeal is not promptly prosecuted.

Will Rock, Appellant, v. Howard M. Durant, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Wallace v. Patrick H. Wallace. (No. 1.) — Application denied, with leave to petitioner to make and file and serve upon the attorney for the plaintiff, on or before Wednesday noon, twenty-second of March, affidavits showing his inability to pay the fine for which he is imprisoned as a basis for a modification of the original order of this court, to which affidavits the plaintiff may file replying affidavits on or before twelve o'clock of the twenty-third of March.

Mary Wallace v. Patrick H. Wallace. (No. 2.) — Order dated 13th September, 1910, and filed with the clerk of this court November 17, 1910, modified so as to provide at the end thereof: Defendant may apply at any Special Term upon five days' notice to the plaintiff for a release from said imprisonment, upon showing that he is wholly unable to pay the fine imposed herein.

Pearl Wade, Appellant, v. Town of Worcester, Respondent.— Motion denied.